



# MEMORANDUM OPINION

No. 04-09-00739-CV

**IN THE INTEREST OF P.A**., et al., Minor Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01155
Honorable Charles E. Montemayor,[1] Associate Judge Presiding

Opinion by:     Phylis J. Speedlin, Justice

Sitting:         Sandee Bryan Marion, Justice
                  Phylis J. Speedlin, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:   October 20, 2010

AFFIRMED

Appellant Peter Joe Rios seeks to appeal the trial court's judgment terminating his parental rights, and its order finding his appellate points frivolous. *See* TEX. FAM. CODE ANN. § 263.405(d)(3), (g) (West 2008). Appellant's court-appointed appellate attorney has filed a brief representing that he has conducted a professional evaluation of the record and determined the appellate points are without merit. Counsel concludes the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order) (applying

---

[1] The Honorable Charles E. Montemayor, Associate Judge, Bexar County, Texas, signed the order of termination; the Honorable Richard Garcia, Associate Judge, Bexar County, Texas, signed the order denying Rios's motion for new trial and finding his appellate points to be frivolous.

*Anders* procedure to appeals from orders terminating parental rights), *disp. on merits,* 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.). In compliance with the procedure in *Anders*, counsel delivered a copy of counsel's brief to appellant, and informed appellant of his right to file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.). Appellant filed a brief in which he contests the grounds for termination.

After reviewing the appellate record, counsel's brief, and appellant's *pro se* brief, we agree that the appellate points do not present a substantial question for appellate review, and are therefore frivolous. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003(b) (West 2002); *see also* TEX. FAM. CODE ANN. § 263.405(d)(3) (incorporating section 13.003(b) by reference). Accordingly, we affirm the trial court's judgment, and grant appellate counsel's motion to withdraw. *Nichols*, 954 S.W.2d at 85–86.

Phylis J. Speedlin, Justice